IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARTIN J. WALSH,** Secretary of Labor**,** )<br>United States Department of Labor, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**AGEWELL HOME HELPERS, INC,** )<br>doing business as **AGEWELL** )<br>**CAREGIVER SERVICE, RAVI** )<br>**GURUNG, MEENA GURUNG,** )<br>)<br>Defendants. ) | 2:21cv108<br>**Electronic Filing** |

## ORDER OF COURT

AND NOW, this 18th day of April, 2024, IT IS ORDERED that a Status Conference with counsel is set for **Wednesday, May 22, 2024, at 11:00 A.M.** The Conference will be conducted by video conference via Zoom.gov. A member of chambers staff will send a Zoom.gov invite (by email) to counsel of record prior to the Conference. The invite will supply the hyperlinks available for participating in the conference.

s/David Stewart Cercone<br>
David Stewart Cercone<br>
Senior United States District Judge

cc:    Andrea C. Luby, Esquire
       Ethan Dennis, Esquire
       Bruce C. Fox, Esquire
       Andrew J. Horowitz, Esquire

       (*Via CM/ECF Electronic Mail*)